UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

STATEMENT OF UNDISTRIBUTED BALANCE

In the Matter of:				Case Number 08-18343 JHW

Debtor: Migdalia Gerena

| Check Number | Creditor | Amount |
|---|---|---|
| 1696865 | Migdalia Gerena | 2122.90 |

/s/ *Isabel C. Balboa*
Isabel C. Balboa
Chapter 13 Standing Trustee

Dated:    June 29, 2010